U.S. DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Cecelia Tierney, | : | |
|         Plaintiff, | : | No. 4:17-cv-01048 |
| | : | |
| v. | : | |
| | : | |
| Geisinger System Services and | : | ELECTRONICALLY FILED |
| Geisinger Wyoming Valley | : | |
| Medical Center, | : | |
|         Defendants. | : | |

## DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants Geisinger System Services and Geisinger Wyoming Valley Medical Center makes the following disclosure: (1) Defendants are a non-governmental corporate party; (2) Defendants are affiliates of Geisinger Health; and (3) no publicly-held corporation owns 10% or more of Defendants.

                                        Respectfully submitted,

                                        BUCHANAN INGERSOLL & ROONEY PC

                                        *s/ Anthony Andrisano*
                                        Jill M. Lashay (PA79985)
                                        Anthony F. Andrisano, Jr. (PA201231)
                                        Jacob J. Sulzer (PA313089)
                                        Buchanan Ingersoll & Rooney PC
                                        409 North Second Street
                                        Harrisburg, PA  17101-1357
                                        Phone: (717) 237-4800
                                        Facsimile: (717) 233-0852

Dated:  August 18, 2017                *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and complete copy of the foregoing document was transmitted to the Court ***electronically*** for filing and for service upon the following parties this day:

> Kimberly D. Borland, Esq.
> Borland & Borland, L.L.P.
> 69 Public Square, 11th Floor
> Wilkes-Barre, PA 18701-2597
> *Attorneys for Plaintiff*

By: *s/Krista M. Kiger*
Krista M. Kiger
Practice Assistant

Dated: August 18, 2017