UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CECELIA TIERNEY,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:17-1048** |
| **v.** | : | **JUDGE MANNION** |
| **GEISINGER SYSTEM SERVICES** and **GEISINGER WYOMING VALLEY MEDICAL CENTER,** | : : | |
| **Defendants** | : | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The defendants' motion for summary judgment, **(Doc. 33)**, is **GRANTED** with respect to all of the plaintiff's claims in her amended complaint, **(Doc. 3)**, specifically, her ADA claim, Count I, her ADEA claim, Count II, her disability discrimination claim under the PHRA, Count III, and her age discrimination claim under the PHRA, Count IV.

**(2)** Judgment is entered in favor of the defendants and against the plaintiff regarding her age and disability discrimination claims under the ADEA, the ADA and, the PHRA, Counts I-IV of her amended complaint.

**(3)** The Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: October 16, 2020**
17-1048-02-ORDER